HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BJP, L.L.C., a Washington limited liability company, WILLIAM M PALMER, and SANDRA LEE PALMER, a married man and a married woman and thier marital community, and JOHN PARK and WAN CHA PARK, a married man and a married woman and their marital community,<br><br>Plaintiffs,<br><br>-vs-<br><br>KITSAP COUNTY, a municipal corporation, JAN ANGEL and JOHN DOE ANGEL, and their marital community, JOSH BROWN and JANE DOE BROWN, and their marital community, STEVE BAUER and JANE DOE BAUER, and their marital community, JEFFREY ROWE-HORNBAKER and JANE DOE ROWE-HORNBAKER, and their marital community, LARRY KEETON and JANE DOE KEETON, and their marital community, DENNIS OOST and JANE DOE OOST, and their marital community and RICK MCNICHOLAS and JANE DOE MCNICHOLAS, and their marital community,<br><br>Defendants. | NO. 10-5678-RJB<br><br>STIPULATION AND AGREED ORDER CONTINUING DEADLINE FOR EXPERT WITNESS DISCLOSURES |

STIPULATION AND AGREED ORDER CONTINUING
DEADLINE FOR EXPERT WITNESS DISCLOSURES (10-5678-RJB )-1

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

**Stipulation**

COME NOW the parties, by and through their counsel of record, and stipulate as follows:

1. Both Plaintiff and Defendants have filed Motions for Summary Judgment which are presently noted for hearing on Friday, May 6, 2011.

2. The current deadline for Expert Witness Disclosures is May 11, 2011.

3. The pending summary judgment motions may be dispositive of portions, if not all, of the pending causes of action, thereby eliminating of the need for an expert witness by one or more of the parties.

4. In an effort to conserve resources, the parties wish to delay incurring what may become an unnecessary expense, by delaying the deadline for expert disclosures, to June 24, 2011, and thereby ask experts to refrain from completing a review of materials, forming an opinion, and drafting a report, until such time as it can more reasonably anticipated that such expense is necessary.

5. The discovery deadline is July, 11, 2010, thus the parties believe that there will be sufficient time after expert disclosures on the proposed date of June 24, 2010, to hold necessary depositions and/or to complete discovery in this regard.  However, if further extension of related discovery deadlines becomes necessary, the parties agree to work cooperatively and to the best of their ability, reach reasonable agreement on such matters

6. Accordingly, the parties stipulate to the continuance of the disclosure of experts from May 11, 2011, to June 24, 2011.

///

///

///

///

STIPULATION AND AGREED ORDER CONTINUING
DEADLINE FOR EXPERT WITNESS DISCLOSURES (10-5678-RJB )-2

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

Respectfully submitted this 29th day of April, 2011:

| | |
|---|---|
| RUSSELL D. HAUGE<br>Kitsap County Prosecuting Attorney | LAW OFFICE OF JANE RYAN KOLER, PLLC |
| /s/<br>IONE S. GEORGE, WSBA No. 18236<br>Senior Deputy Prosecuting Attorney<br>614 Division Street, MS-35A<br>Port Orchard, WA  98366<br>Phone: 360-337-4957<br>Fax:    360-337-7083<br>E-mail:  igeorge@co.kitsap.wa.us | /s/<br>JANE RYAN KOLER, WSBA No.<br>5801 Soundview Drive, Ste. 258<br>P.O. Box 2509<br>Gig Harbor, WA 98335<br>(253) 853-1806<br>jane@jkolerlaw.com |

KARR TUTTLE CAMPBELL

/s/
Mark R. Johnsen
1201 3rd Ave Ste 2900
Seattle, WA  98101-3284
Phone: (206) 223-1313
Fax:    (206) 682-7100
mjohnsen@karrtuttle.com

STIPULATION AND AGREED ORDER CONTINUING
DEADLINE FOR EXPERT WITNESS DISCLOSURES (10-5678-RJB )-3

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

**ORDER**

THIS MATTER having come before the Court upon stipulation of the parties, by and through their respective counsel; the Court having reviewed the records and files herein and being fully advised in the premises, now, therefore,

IT IS SO ORDERED that the deadline for disclosure of experts is continued from May 11, 2011 to June 24, 2011, and that all remaining scheduled dates listed in the Minute Order Setting Trial shall remain the same.

ENTERED this 2nd day of May, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

STIPULATION AND AGREED ORDER CONTINUING
DEADLINE FOR EXPERT WITNESS DISCLOSURES (10-5678-RJB )-4

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| Jane Ryan Koler<br>Law Office of Jane Ryan Koler, PLLC<br>5801 Soundview Drive, Ste. 258<br>P.O. Box 2509<br>Gig Harbor, WA 98335<br>(253) 853-1806<br>jane@jkolerlaw.com<br>*Attorney for Plaintiff* | Mark R. Johnsen<br>KARR TUTTLE CAMPBELL<br>1201 3rd Ave Ste 2900<br>Seattle, WA  98101-3284<br>Phone: (206) 223-1313<br>Fax:    (206) 682-7100<br>mjohnsen@karrtuttle.com |
|---|---|

EXECUTED 29th day of April, 2011, at Port Orchard, Washington.



CARRIE BRUCE
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-4992
E-mail:         cbruce@co.kitsap.wa.us

STIPULATION AND AGREED ORDER CONTINUING
DEADLINE FOR EXPERT WITNESS DISCLOSURES (10-5678-RJB )-5

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros